UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CARL ANTHONY RANDOLPH**　　　　　　　　　　**CIVIL ACTION**

**VERSUS**　　　　　　　　　　　　　　　　　　　　**NO. 20-01156**

**SOCIAL SECURITY ADMINISTRATION**　　　　　**SECTION "T" (3)**

## ORDER

On November 17, 2021, the Magistrate Judge issued a Report and Recommendation ("the Report"), recommending that Plaintiff's appeal be denied, and his complaint be **DISMISSED WITH PREJUDICE**.[1] The Report concluded that substantial evidence supported the decision reached by the Administrative Law Judge ("ALJ") and, because of this Court's limited review function, an ALJ decision based on substantial evidence must be affirmed even if "there is evidence on the other side."[2]

Plaintiff filed objections to the Report,[3] primarily contending that "the record was inadequate to allow for proper evaluation of the evidence, and the ALJ had a duty to further develop the record in this regard."[4] Plaintiff argues that neither of the decisions was supported by substantial evidence, and the matter should thus be remanded for further development of the medical record.[5]

Having carefully considered the administrative record, the applicable law, the Magistrate Judge's Report and Recommendation, and Plaintiff's Objections, the Court **OVERRULES** Plaintiff's Objections, **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** the Report as the Court's opinion herein.

---

[1] R. Doc. 22.
[2] *Id*. at 7.
[3] R. Doc. 23.
[4] *Id*. at 2.
[5] *Id*.

1

Accordingly,

**IT IS ORDERED** that Plaintiff's objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**, and that the Report and Recommendation is **ADOPTED** as the Court's opinion. **IT IS FURTHER ORDERED** that this action be **DISMISSED** with prejudice.

New Orleans, Louisiana, this \_\_\_7th\_\_\_ day of December, 2021.

_____
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**